**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01065-CR

### ARTHUR FRANKLIN MILLER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-81265-2013

## ORDER
Before Justices Lang, Stoddart, and Schenck

On July 3, 2018, this Court abated this appeal to allow the trial court to transmit a supplemental clerk's record containing supplemental findings of fact and conclusions of law, which we received on July 23, 2018. Accordingly, we **REINSTATE** this appeal.

We **ORDER** appellant to file a supplemental brief or waiver of further briefing by **August 20, 2018**. We further **ORDER** the State to file its brief or waiver of further briefing by **September 10, 2018**. *See Robinson v. State*, 790 S.W.2d 334, 335–36 (Tex. Crim. App. 1990).

/s/     DAVID J. SCHENCK
          JUSTICE